381 A.2d 892
Commonwealth v. Brandt, Appellant.

Argued September 15, 1977. Norman E. Dettra, Jr., with him Rhoda, Stoudt & Bradley, for appellant; Bernard Mendelsohn, with him Baskin, Mendelsohn & Leisawitz, for Commonwealth, appellee.

Order affirmed.

381 A.2d 892
Commonwealth v. Bulovas, Appellant.

Argued September 14, 1977. Jack J. Bulkin, with him Pressman & Lipsky, for appellant; Legrome D. Davis, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.